**Texas Department of Public Safety**

THP6
(r153) TX5JTA0XJCTY

Date: September 11, 2019  10:55 am
DL/ID# TX - 24432865
Violator: SALAS, ASHLEY MARIE
Res  2201 MIDWAY DRIVE                          Phone:
Addr: BEEVILLE, TX 78102
Race/Sex: HF   Height: 506   DOB: 10/26/1987

VIN: 2FMDK3GCXCBA62856
Veh LP: TX - LKJ3655   Make: FORD        Model: EDG
  Passengers: ☐      Year: 2012           Color: WHI
  HazMat Plac: ☐     Type: SUV
  Constr. Zone: ☑    Route: 0181          County: KARNES
  Workers Present: ☑ MilePost: 568        Weather: CLEAR/CLOUDY
  Location:                                Traffic: MEDIUM
  US-0181 MP-568 in KARNES CO. (28.8612770, -97.8930900)

REASON FOR STOP: Pre-existing Knowledge

VEHICLE SEARCH    ☐

CONTRABAND FOUND? ☐   DRUGS ☐       WEAPONS ☐        CURRENCY ☐
                      ALCOHOL ☐     STOLEN PROPERTY ☐ OTHER ☐

Alleged:    Speed Limit:    Crash:    ☑ Radar Cal.:

**VIOLATIONS**
1. OPERATE MOTOR VEHICLE W/O FINANCIAL RESPONSIBILITY
(TXTRC 601.195(A))

Financial Responsibility Unverifiable

WARNINGS - NO PENALTY ASSESSED FOR THE FOLLOWING OFFENSES
1. CHANGE LANE WHEN UNSAFE (TXTRC 545.060(A)(2))

You are hereby notified to appear before:
Judge: Hon. Caroline L. Korzekwa in Karnes Co.
Court: JP           Pct & Place: 20    Phone: (830)254-3226
        P. O. BOX 328, FALLS CITY 78113
On or before: November 1, 2019  10:00AM

Issued by: 11175 - BAILEY, S. Region: 6  District: C  Area:17

I hereby promise to appear at the time and place designated in this notice:
SIGNATURE

MAiled