**CASH APPEAL BOND**

NO. 56956

THE STATE OF TEXAS
VS.
ASHLEY M. SALAS (DEFENDANT)

IN THE JUSTICE COURT
PRECINCT NO. TWO
KARNES COUNTY, TEXAS

Know All Men By These Presents:

Whereas, on the 11th day of DEC., 2019, in the above-styled and numbered cause, a judgment was rendered and entered against the said Defendant ASHLEY M. SALAS, convicting (him)(her) of the fineable misdemeanor offense of Op. MV w/o Fin. Responsibility upon complaint filed in the said Justice Court, that the State of Texas does have and recover from the said Defendant, the sum of $350.00 fine and all costs of said prosecution from which judgment the Defendant has appealed to the County Court of Karnes County, Texas.

I am hereby depositing with the Justice Court, (cash bond equal to double the amount of the fine and court cost) in the sum of $700.00 by cashier's check or money order in lieu of sureties, of which sum I am bound to the state of Texas to insure my personal appearance before the County Court of Karnes County, at the court house of said County instanter, as well as before any court to which the same may be transferred and for any and all subsequent proceedings that may be had relative to the said charge in the course of criminal actions based on said charge, and there remains from day to day and term to term of said court's, until discharged by due course of law, then and there to answer said accusation against me, this obligation shall become void, otherwise to remain in full force and effect. I am held and bound for all necessary and reasonable expenses and fees that may be incurred by any peace officer in re-arresting me in the event the conditions of this bond are violated.

Now, if the convictions stated are violated, the sum of the bond shall be forfeited unto the State of Texas for the benefit of Karnes County, Texas, and, in addition, I will pay all necessary and reasonable expenses and fees that are incurred by any peace officer in re-arresting me. However, if I fulfill all the terms of this bond, this obligation shall become void and the amount deposited herein shall be refunded to me, otherwise to remain in full force and effect.

WITNESS our hands this the 20th day of DEC., 2019.

2201 MIDWAY DR.
Address
BEEVILLE    TX    78102
City        State  Zip

Ash Salas
Defendant's Signature
830-484-7039
Phone Number

Sworn to and Subscribed before me this 20th day of DEC., 2019.

Seal

[Notary Seal: LAURA RODRIGUEZ, Notary Public, State of Texas, Comm. Expires 04-07-2020]

Laura Rodriguez
Notary Public, in and for the State of Texas

The sum of _____ was deposited with the Court by Money Order or cashier's check and bond filed on _____.
_____ Not approved bond presented
_____ is past time allowed by statute
_____ bond is incorrect amount
_____ Bond approved this the _____ day of _____, 20_____

Caroline Korzekwa, Justice of the Peace, Precinct Two, Karnes County, Texas